UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DAVID WAYNE CROCKER, | ) Case No. CV 16-5333-ODW(AJW) |
| | ) Case No. CV 16-5334-ODW(AJW) |
| Petitioner, | ) |
| | ) JUDGMENT |
| v. | ) |
| | ) |
| J. LIZARRAGA, | ) |
| | ) |
| Respondent. | ) |

It is hereby adjudged that the petitions for a writ of habeas corpus are dismissed for lack of jurisdiction.

Dated: __July 28, 2016

_____
Otis D. Wright, II
United States District Judge